```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 21809
   PALMA ROWAN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-9907


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/07/2004 and was confirmed 08/25/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 03/21/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID             PAID
--------------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG          .00              .00              .00
DEUTSCHE BANK NATIONAL T  CURRENT MORTG          .00              .00              .00
CHASE MANHATTAN MORTGAGE  NOTICE ONLY      NOT FILED              .00              .00
DAIMLER CHRYSLER FINANCI  SECURED             9500.00          834.46          9500.00
DAIMLER CHRYSLER FINANCI  UNSECURED           7129.75              .00          7129.75
CARSON PIRIE SCOTT        UNSECURED       NOT FILED              .00              .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            607.19              .00           607.19
ROUNDUP FUNDING LLC       UNSECURED            445.36              .00           445.36
RETAILERS NATIONAL BANK   UNSECURED            490.95              .00           490.95
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE       1623.36              .00          1623.36
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE       5379.17              .00          5379.17
PREMIER BANCARD CHARTER   UNSECURED            581.05              .00           581.05
ZALUTSKY & PINSKI LTD     REIMBURSEMENT        194.00              .00           194.00
CHASE MANHATTAN MORTGAGE  COST OF COLLE        395.00              .00           395.00
DEUTSCHE BANK NATIONAL T  COST OF COLLE        350.00              .00           350.00
DEUTSCHE BANK NATIONAL T  COST OF COLLE        600.00              .00           600.00
CHASE MANHATTAN MORTGAGE  COST OF COLLE        430.00              .00           430.00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY         2,700.00                          2,700.00
TOM VAUGHN                TRUSTEE                                               1,771.66
DEBTOR REFUND             REFUND                                                  385.05

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            33,417.00

PRIORITY                                      194.00
SECURED                                    18,277.53
   INTEREST                                   834.46
UNSECURED                                   9,254.30
ADMINISTRATIVE                              2,700.00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 21809 PALMA ROWAN

```
TRUSTEE COMPENSATION                                             1,771.66
DEBTOR REFUND                                                      385.05
                                        ----------------   ----------------
TOTALS                                         33,417.00          33,417.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 06/26/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE